IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | No. 3:17-CV-01474-L |
| | § | |
| MARY J. MOLINA, | § | |
| a/k/a MARY J. ROSBERG, | § | |
| | § | |
| Defendant | § | |

**PLAINTIFF'S REQUEST TO DESIGNATE MEDIATOR**

Pursuant to this Court's order to mediate this case the parties have mutually agreed to have the case mediated with Magistrate Judge Renée Harris Toliver on October 10, 2018. Plaintiff therefore requests this Court to refer this matter to Magistrate Judge Toliver for mediation.

Respectfully submitted,

By _____
Doug W. Ray
State Bar No. 16599200

RAY & WOOD
2700 Bee Caves Road, Suite 200
Austin, Texas 78746
(512) 328-8877 (Telephone)
(512) 328-1156 (Facsimile)
dray@raywoodlaw.com
**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## CERTIFICATE OF SERVICE

      On October 2, 2018 I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that the clerk has served the following electronically or I have served the following by first class mail:

    Arlette Molina
    778 Regency Reserve Cr. #1601
    Naples, FL 34119
    **COUNSEL FOR DEFENDANT**

                                                         Doug W. Ray